FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00464-CR

Derek Ryan **TAPIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-09-14170-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

The appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **December 28, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court